IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

   Kimberly Plantrich

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

   N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

   Georgia

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

   Georgia, North Carolina

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

   North Carolina

7. District Court and Division in which venue would be proper absent direct filing:

   Southern District of Georgia, Savannah Division

8. Defendants (check Defendants against whom Complaint is made):

   ☒ C.R. Bard Inc.

   ☒ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

   ☒ Diversity of Citizenship

   ☐ Other: _____

   a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

   _____

   _____

   _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☒ Recovery® Vena Cava Filter

    ☐ G2® Vena Cava Filter

    ☐ G2® Express Vena Cava Filter

    ☐ G2® X Vena Cava Filter

    ☐ Eclipse® Vena Cava Filter

    ☐ Meridian® Vena Cava Filter

    ☐ Denali® Vena Cava Filter

    ☐ Other: _____

11. Date of Implantation as to each product:

    7/13/2004

12. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I:   Strict Products Liability – Manufacturing Defect

2

| | | | |
|---|---|---|---|
| 1 | ☒ | Count II: | Strict Products Liability – Information Defect (Failure to Warn) |
| 3 | ☒ | Count III: | Strict Products Liability – Design Defect |
| 4 | ☒ | Count IV: | Negligence – Design |
| 5 | ☒ | Count V: | Negligence – Manufacture |
| 6 | ☒ | Count VI: | Negligence – Failure to Recall/Retrofit |
| 7 | ☒ | Count VII: | Negligence – Failure to Warn |
| 8 | ☒ | Count VIII: | Negligent Misrepresentation |
| 9 | ☒ | Count IX: | Negligence *Per Se* |
| 10 | ☒ | Count X: | Breach of Express Warranty |
| 11 | ☒ | Count XI: | Breach of Implied Warranty |
| 12 | ☒ | Count XII: | Fraudulent Misrepresentation |
| 13 | ☒ | Count XIII: | Fraudulent Concealment |
| 14 | ☒ | Count XIV: | Violations of Applicable Georgia Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices |
| 16 | ☐ | Count XV: | Loss of Consortium |
| 17 | ☐ | Count XVI: | Wrongful Death |
| 18 | ☐ | Count XVII: | Survival |
| 19 | ☒ | Punitive Damages | |
| 20 | ☐ | Other(s): | _____: (please state the facts supporting this Count in the space immediately below) |

_____

_____

_____

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

3

1 | RESPECTFULLY SUBMITTED this 1st day of July, 2016.

**SHRADER & ASSOCIATES, L.L.P.**

By: */s/ A. Layne Stackhouse*
A. Layne Stackhouse
3900 Essex Lane, Suite 390
Houston, TX 77027
T: (713) 782-0000
F: (713) 571-9605
layne@shraderlaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/A. Layne Stackhouse*

4