# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| KIMBERLY PLANTRICH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Civil Action No.: |
| C.R. BARD INCORPORATED AND ) | 4:20-cv-00060-RSB-CLR |
| BARD PERIPHERAL VASCULAR ) | |
| INCORPORATED, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF APPEARANCE OF COUNSEL

Lee Ann Anand, a partner with the firm of Nelson Mullins Riley & Scarborough LLP, hereby enters this Notice of Appearance of Counsel on behalf of Defendants C.R. Bard Incorporated and Bard Peripheral Vascular Incorporated. Ms. Anand should receive all future notices in this matter.

Respectfully submitted this 2nd day of April, 2020.

> */s/ Lee Ann Anand*
> Lee Ann Anand
> Georgia Bar. No. 004922
> Nelson Mullins Riley & Scarborough LLP
> 201 17th Street NW, Suite 1700
> Atlanta, GA  30363
> Telephone:  (404) 322-6000
> Facsimile:   (404) 322-1600
> leeann.anand@nelsonmullins.com
>
> *Counsel for Defendants C.R. Bard and*
> *Bard Peripheral Vascular Incorporated*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| KIMBERLY PLANTRICH, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> C.R. BARD INCORPORATED AND ) <br> BARD PERIPHERAL VASCULAR ) <br> INCORPORATED, ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civil Action No.: <br> 4:20-cv-00060-RSB-CLR |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2020, I electronically filed *Notice of Appearance of Counsel* with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel of record.

>*/s/ Lee Ann Anand*
>Lee Ann Anand
>Georgia Bar. No. 004922
>Nelson Mullins Riley & Scarborough LLP
>201 17th Street NW, Suite 1700
>Atlanta, GA  30363
>Telephone:  (404) 322-6000
>Facsimile:   (404) 322-1600
>leeann.anand@nelsonmullins.com
>
>*Counsel for Defendants C.R. Bard and*
>*Bard Peripheral Vascular Incorporated*