# United States District Court
## Southern District of Georgia

Kimberly Plantrich
_____
Plaintiff

**v.** C. R. Bard Incorporated, et al.
_____
Defendant

Case No.    4:20-cv-00060-RSB-CLR

Appearing on behalf of : _____
Defendants
_____
(Plaintiff/Defendant)

### APPLICATION FOR ADMISSION PRO HAC VICE

*Petitioner*, _____Lucas Westby_____ hereby requests permission to appear pro hac vice in the subject case filed in the _____Augusta_____ Division of the United States District Court for the Southern District of Georgia. *Petitioner* states under the penalty of perjury that (he/she) is a member in good standing of the Bar of the United States Court, _____Northern District of Georgia_____ . *Petitioner* states further that (he/she) is eligible for admission under Local Rule 83.4 and that (he/she) does not reside or maintain an office for the practice of law in the Southern District of Georgia.

*Petitioner* designates _____Lee Ann Anand_____ as local counsel. His/her business address is provided below in the Consent of Designated Local Counsel.

*Petitioner* further certifies that (s)he has read, is familiar with, and will comply with the Local Rules of the Southern District of Georgia.

This __2nd__ day of ____April____ , __2020__ .

/s/ Lucas A. Westby
_____
(Signature of *Petitioner*)

### CONSENT OF DESIGNATED LOCAL COUNSEL

I, _____Lee Ann Anand_____ , designated local counsel for the subject case, agree to readily communicate with opposing counsel and the Court regarding the conduct of this case and accept papers when served and recognize my responsibility and full authority to act for and on behalf of the client in all proceedings related to this case, including hearings, pretrial conferences and trials, should the *Petitioner* fail to respond to any Court order for appearance or otherwise. This __2nd__ day of ____April____ , __2020__ .

| | | |
|---|---|---|
| 004922 | /s/ Lee Ann Anand | |
| Georgia Bar Number | Signature of Local Counsel | |
| (404) 322-6000 | Nelson Mullins Riley & Scarborough LLP | (Law Firm) |
| Business Telephone | 201 17th Street NW, Suite 1700 | (Business Address) |
| | Atlanta, GA 30363 | (City, State, Zip) |
| | | (Mailing Address) |
| | leeann.anand@nelsonmullins.com | (Email Address) |



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA** }
} ss.
**NORTHERN DISTRICT OF GEORGIA** }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **LUCAS ALLEN WESTBY, State Bar No. 594008,** was duly admitted to practice in said Court on 4/02/2009 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 23rd day of March, 2020.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Beverly Gutting
Deputy Clerk

## Lucas Westby – Southern District of Georgia Cases

|    | Case | Case No. | Status |
|----|------|----------|--------|
| 1. | Stinski v. Sellers, et al., | 4:18-cv-00066-RSB | Admitted *Pro Hac Vice* |
| 2. | Philip Charvat v. ICOT Hearing Systems, LLC, et al | 4:17-cv-00245-WTM-GRS | Appearance withdrawn on 7/6/2018; case terminated on 8/15/2018 |
| 3. | Bivins v. C. R. Bard Incorporated, et al | 1:19-cv-00157-JRH-BKE | Admitted *Pro Hac Vice* |
| 4. | Castleberry v. C. R. Bard Incorporated, et al. | 2:19-cv-00106-JRH-BKE | Admitted *Pro Hac Vice* |
| 5. | Christensen v. C. R. Bard Incorporated, et al. | 1:19-cv-00158-JRH-BKE | Admitted *Pro Hac Vice* |
| 6. | Ellison v. C. R. Bard Incorporated, et al. | 1:19-cv-00154-JRH-BKE | Admitted *Pro Hac Vice* |
| 7. | Odom v. C. R. Bard Incorporated, et al. | 1:19-cv-00152-JRH-BKE | Admitted *Pro Hac Vice* |
| 8. | Sebold v. C.R. Bard Incorporated, et al. | 1:19-cv-00151-JRH-BKE | Admitted *Pro Hac Vice* |
| 9. | Tanks v. C.R. Bard Incorporated, et al. | 1:19-cv-00150-JRH-BKE | Admitted *Pro Hac Vice* |
| 10. | Wilson v. C. R. Bard Incorporated, et al. | 1:19-cv-00149-JRH-BKE | Admitted *Pro Hac Vice* |
| 11. | Alexander-Hamm v. C. R. Bard Incorporated, et al. | 4:19-cv-00274-RSB-CLR | Admitted *Pro Hac Vice* |
| 12. | Carr v. C. R. Bard Incorporated, et al. | 1:19-cv-00185-JRH-BKE | Admitted *Pro Hac Vice* |
| 13. | Churchwell v. C. R. Bard Incorporated, et al. | 4:19-cv-00275-RSB-CLR | Admitted *Pro Hac Vice* |
| 14. | Dawson v. C. R. Bard Incorporated, et al. | 1:19-cv-00187-JRH-BKE | Admitted *Pro Hac Vice* |
| 15. | Stubbs v. C. R. Bard Incorporated, et al. | 1:20-cv-00045-JRH-BKE | Admitted *Pro Hac Vice* |
| 16. | Collier v. C. R. Bard Incorporated, et al. | 1:20-cv-00043-JRH-BKE | *Pro Hac Vice* Application Pending |
| 17. | Dean v. C. R. Bard Incorporated, et al. | 1:20-cv-00042-JRH-BKE | *Pro Hac Vice* Application Pending |
| 18. | Fennell v. C. R. Bard Incorporated, et al. | 4:20-cv-000630-WTM-CLR | *Pro Hac Vice* Application Pending |

| 19. | Fuller v. C. R. Bard Incorporated, et al. | 1:20-cv-00041-JRH-BKE | *Pro Hac Vice* Application Pending |
|---|---|---|---|
| 20. | McCormick v. C. R. Bard Incorporated, et al. | 1:20-cv-00047-JRH-BKE | *Pro Hac Vice* Application Pending |
| 21. | Plantrich v. C. R. Bard Incorporated, et al. | 4:20-cv-00060-RSB-CLR | *Pro Hac Vice* Application Pending |

# United States District Court
## Southern District of Georgia

Kimberly Plantrich

_____  
Plaintiff

v.   C. R. Bard Incorporated, et al.

_____  
Defendant

Case No.   4:20-cv-00060-RSB-CLR

Appearing on behalf of Defendants  
_____  
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This _____ day of _____ , _____ .

_____  
UNITED STATES DISTRICT/MAGISTRATE JUDGE

\*\*\*\*\*

| | |
|---|---|
| NAME OF PETITIONER: | Lucas Westby |
| Business Address: | Nelson Mullins Riley & Scarborough LLP |
| | Firm/Business Name |
| | 201 17th Street NW |
| | Street Address |
| | Suite 1700 / Atlanta / GA / 30363 |
| | Street Address (con't) / City / State / Zip |
| | Mailing Address (if other than street address) |
| | Address Line 2 / City / State / Zip |
| | (404) 322-6000                   594008 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | lucas.westby@nelsonmullins.com |