UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KIMBERLY PLANTRICH,            )
                               )
   Plaintiff,                  )
                               )
v.                             )          CV420-060
                               )
CR BARD INCORPORATED, et al.,  )
                               )
   Defendants.                 )

## ORDER

On November 20, 2020, Attorney Lee Ann Anand requested to withdraw as counsel for defendants in this case. Doc. 29. Before the time for responses expired, the Court stayed this case pending settlement negotiations. Doc. 31. Since the withdrawal appears unlikely to upend any settlement negotiations as other counsel will continue to represent defendant, the Court **DIRECTS** defendants to file any objection (if one exists) to this withdrawal within fourteen days from the date of this order.

**SO ORDERED,** this 8th day of December, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA