UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| KIMBERLY PLANTRICH, | ) | |
| *Plaintiff,* | ) ) ) | Civil Action No. 4:20-cv-00060-RSB-CLR |
| vs. | ) ) | |
| C. R. BARD, INC., a New Jersey corporation, BARD PERIPHERAL VASCULAR, INC., (a subsidiary and/or division of defendant C.R. BARD, INC.) an Arizona corporation, | ) ) ) ) ) | |
| *Defendants.* | ) ) | |

## ORDER OF STAY

Before the Court is the joint motion of Plaintiff and Defendants C. R. Bard, Inc. and Bard Peripheral Vascular, Inc. (collectively, the "Parties") to stay this litigation while the Parties finalize settlement. Finding that a stay will facilitate settlement and promote judicial economy, and finding that the Parties agree to the requested relief, the Court finds the joint motion well-taken. It is, therefore, ORDERED that all deadlines in this matter are STAYED for ninety (90) days.

IT IS SO ORDERED.

Entered this the  19th  day of    March    , 2021.

*[signature: Christopher L. Ray]*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

Prepared By:

By: */s/ Lucas A. Westby*
Lucas A. Westby
Georgia Bar No. 594008
Megan C. Walker
Georgia Bar No. 525103
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
201 17th Street, NW, Suite 1700
Atlanta, GA 30363
(404) 322-6000 (p) / (404) 322-6050 (f)
E-Mail: lucas.westby@nelsonmullins.com
E-Mail: megan.walker@nelsonmullins.com

*Counsel for Defendants C. R. Bard, Inc.
and Bard Peripheral Vascular, Inc.*