IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| KIMBERLY PLANTRICH, | |
| Plaintiff, | CIVIL ACTION NO.: 4:20-cv-60 |
| v. | |
| C.R. BARD, INC.; and BARD PERIPHERAL VASCULAR, INC., | |
| Defendants. | |

**O R D E R**

Before the Court is the Joint Stipulation of Dismissal With Prejudice filed on May 9, 2021, by all parties in the case. (Doc. 36.)[1] The parties stipulate to the dismissal, with prejudice, of the entire case, with each party to bear its own attorney's fees and costs. (Id.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action with prejudice. The Clerk is hereby authorized and directed to **TERMINATE** all pending motions, (doc. 36; doc. 37), and **CLOSE** this case.

**SO ORDERED**, this 17th day of May, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] Several days after filing their initial Joint Stipulation of Dismissal With Prejudice, (see doc. 36), the parties filed a second—essentially identical—Joint Stipulation of Dismissal With Prejudice, bearing the signatures of the same attorneys for the parties, (see doc. 37). The second filing, however, also included a proposed order dismissing the case, (doc. 37-1).